IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. KIBLER, | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 02-CV-3010 |
| v. | : | |
| | : | |
| WORLD FINANCIAL NETWORK NATIONAL BANK, | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE OF**
**DAVID L. COMERFORD AND JEFFERY A. DAILEY**

TO THE CLERK:

Kindly enter our appearance on behalf of defendant World Financial Network Bank.

Respectfully submitted,

_____

Of Counsel:

AKIN, GUMP, STRAUSS,
HAUER & FELD, L.L.P.

David L. Comerford
Jeffery A. Dailey
Attorney I.D. Nos. 65969 and 85993
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone:   (215) 965-1200
Facsimile:   (215) 965-1210

**CERTIFICATE OF SERVICE**

I, Jeffery A. Dailey, hereby certify that on the 12th day of July, 2002, I served a true and correct copy of the Entry of Appearance of David L. Comerford and Jeffery A. Dailey on Behalf of World Financial Network National Bank upon the following:

**VIA FIRST CLASS MAIL**
James M. Smith
Roland & Schlegel, P.C.
627 North Fourth Street
P.O. Box 902
Reading, PA  19603-0902

_____
Jeffery A. Dailey