IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY E. KIBLER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-3010 |
| vs. | : | |
| | : | |
| WORLD FINANCIAL NETWORK | : | |
| NATIONAL BANK, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 20, 2002, at 11:00 a. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,          J.